An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN LUCKETT,
Appellant,
vs.
SUPERIOR TOUR AND TRAVEL, INC.,
Respondent.

No. 59533

**FILED**

JUN 16 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This proper person appeal was docketed in this court without payment of the requisite filing fee. On April 6, 2015, this court denied appellant's request to proceed in forma pauperis and directed him to pay the filing fee within 10 days or the appeal would be dismissed.

More than 10 days have passed, but appellant has not paid the filing fee. On April 20, 2015, appellant filed a motion for reconsideration of our April 6, 2015, order. No good cause appearing, the motion for reconsideration is denied. This appeal is dismissed.

It is so ORDERED.

_____, C.J.

cc:    Hon. Valorie J. Vega, District Judge
John Luckett
Armstrong Teasdale, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18335